## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HA THI LE, ET AL** | **CIVIL ACTION NO.  16-14867** |
| **VERSUS** | **JUDGE LANCE M. AFRICK** |
| **LEASE FINANCE GROUP, LLC, ET AL** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

### ANSWER & DEFENSES OF DEFENDANTS FIRST DATA GLOBAL LEASING, FIRST DATA MERCHANT SERVICES LLC, AND FIRST DATA CORPORATION; CROSS-CLAIM AGAINST PAYMENT SYSTEMS, INC.; AND CROSS-CLAIM AGAINST NORTHERN LEASING SYSTEMS, INC. & LEASE FINANCE GROUP, LLC

Defendants First Data Global Leasing (a division of First Data Merchant Services LLC, improperly styled and sued as "Global Leasing Company"), First Data Merchant Services LLC, and First Data Corporation (collectively, the "First Data Defendants") file their Answer and Defenses to Plaintiffs' Amended Class Action Complaint ("Complaint") and Cross-Claim against Payment Systems, Inc., respectfully showing the Court as follows:

### I.     ANSWER

The First Data Defendants deny any allegation cast against them in the statement preceding Paragraph 1 of Plaintiffs' Complaint and respond to the individually numbered paragraphs of Plaintiffs' Complaint as follows:

1.     The First Data Defendants deny the allegations contained in Paragraph 1 of Plaintiffs' Complaint and deny Plaintiffs are entitled to any of the relief they seek.

2.     The First Data Defendants deny the allegations contained in Paragraph 2 of Plaintiffs' Complaint.

3.     The First Data Defendants deny the allegations contained in Paragraph 3 of Plaintiffs' Complaint.

1

4.     The First Data Defendants deny the allegations contained in Paragraph 4 of Plaintiffs' Complaint.

5.     The First Data Defendants deny the allegations contained in Paragraph 5 of Plaintiffs' Complaint.

6.     Paragraph 6 of Plaintiffs' Complaint contains legal conclusions to which no response is required; to the extent a response is required, the First Data Defendants deny the allegations contained in Paragraph 6 of Plaintiffs' Complaint, including all subparts.

7.     Paragraph 7 of Plaintiffs' Complaint contains legal conclusions to which no response is required; to the extent a response is required, the First Data Defendants deny the allegations contained in Paragraph 7 of Plaintiffs' Complaint, including all subparts.

8.     The First Data Defendants deny the allegations contained in Paragraph 8 of Plaintiffs' Complaint and file this Answer without waiving any challenge to venue in this action; the First Data Defendants expressly reserve the right to file a motion to transfer venue based upon a valid forum selection clause.

9.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiffs' Complaint; these allegations therefore stand denied.

10.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiffs' Complaint; these allegations therefore stand denied.

11.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiffs' Complaint; these allegations therefore stand denied.

12.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiffs' Complaint; these allegations therefore stand denied.

13.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiffs' Complaint; these allegations therefore stand denied.

14.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiffs' Complaint; these allegations therefore stand denied.

15.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiffs' Complaint; these allegations therefore stand denied.

16.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of Plaintiffs' Complaint; these allegations therefore stand denied.

17.     The First Data Defendants admit that First Data Global Leasing is in the business of leasing payment card processing equipment.  The First Data Defendants deny the remaining allegations contained in Paragraph 17 of Plaintiffs' Complaint.

18.     The First Data Defendants admit First Data Merchant Services LLC ("FDMS") is a Florida corporation with its principal place of business in New York and that FDMS is in the business of payment card processing.  The First Data Defendants deny the remaining allegations contained in Paragraph 18 of Plaintiffs' Complaint.

19.     The First Data Defendants admit First Data Corporation ("FDC") is a non-Louisiana corporation and, through its affiliates and/or subsidiaries, it is one of the largest payment card processors in the world.  The First Data Defendants admit FDMS is a subsidiary of FDC.  The First Data Defendants deny the remaining allegations contained in Paragraph 19 of Plaintiffs' Complaint.

20.     Paragraph 20 of Plaintiffs' Complaint contains statements to which no response is required; to the extent a response is required, the First Data Defendants deny the allegations contained in Paragraph 20 of Plaintiffs' Complaint.

21.     Paragraph 21 of Plaintiffs' Complaint contains statements to which no response is required; to the extent a response is required, the First Data Defendants deny the allegations contained in Paragraph 21 of Plaintiffs' Complaint.

22.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about Defendant Payment Systems Corporation contained in Paragraph 22 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the allegations cast against them in Paragraph 22 of Plaintiffs' Complaint and deny any remaining allegations contained in Paragraph 22 of Plaintiffs' Complaint.

23.      The First Data Defendants deny the allegations contained in Paragraph 23 of Plaintiffs' Complaint.

24.     The First Data Defendants deny the allegations contained in Paragraph 24 of Plaintiffs' Complaint.

25.     The First Data Defendants deny the allegations contained in Paragraph 25 of Plaintiffs' Complaint.

55441184.2

26.     The First Data Defendants deny the allegations contained in Paragraph 26 of Plaintiffs' Complaint.

27.     The First Data Defendants deny the allegations contained in Paragraph 27 of Plaintiffs' Complaint.

28.     The First Data Defendants deny the allegations contained in Paragraph 28 of Plaintiffs' Complaint.

29.     The First Data Defendants deny the allegations contained in Paragraph 29 of Plaintiffs' Complaint.

30.     The First Data Defendants deny the allegations contained in Paragraph 30 of Plaintiffs' Complaint.

31.     The First Data Defendants deny the allegations contained in Paragraph 31 of Plaintiffs' Complaint.

32.     The First Data Defendants deny the allegations contained in Paragraph 32 of Plaintiffs' Complaint.

33.     The First Data Defendants deny the allegations contained in Paragraph 33 of Plaintiffs' Complaint, including all subparts.

34.     The First Data Defendants deny the allegations contained in Paragraph 34 of Plaintiffs' Complaint.

35.     The First Data Defendants deny the allegations contained in Paragraph 35 of Plaintiffs' Complaint.

36.     The First Data Defendants deny the allegations contained in Paragraph 36 of Plaintiffs' Complaint.

55441184.2

37.    Because Plaintiffs have failed to specifically identify or attach the alleged "form lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of Plaintiffs' Complaint; these allegations therefore stand denied.   To the extent Paragraph 37 of Plaintiffs' Complaint contains any allegation cast against the First Data Defendants, the First Data Defendants specifically deny any such allegation.

38.    Because Plaintiffs have failed to specifically identify or attach the alleged "form lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of Plaintiffs' Complaint; these allegations therefore stand denied.

39.    Because Plaintiffs have failed to specifically identify or attach the alleged "form lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "form lease" contained in Paragraph 39 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 39 of Plaintiffs' Complaint.

40.    Because Plaintiffs have failed to specifically identify or attach the alleged "form lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "form lease" contained in Paragraph 40 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 40 of Plaintiffs' Complaint.

41.    Because Plaintiffs have failed to specifically identify or attach the alleged "form lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "form lease" contained in Paragraph

41 of Plaintiffs' Complaint; these allegations therefore stand denied. The First Data Defendants deny the remaining allegations contained in Paragraph 41 of Plaintiffs' Complaint.

42.     Because Plaintiffs have failed to specifically identify or attach the alleged "form lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "form lease" contained in Paragraph 42 of Plaintiffs' Complaint; these allegations therefore stand denied. The First Data Defendants deny the remaining allegations contained in Paragraph 42 of Plaintiffs' Complaint.

43.     Because Plaintiffs have failed to specifically identify or attach the alleged "form lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "form lease" contained in Paragraph 43 of Plaintiffs' Complaint; these allegations therefore stand denied. The First Data Defendants deny the remaining allegations contained in Paragraph 43 of Plaintiffs' Complaint.

44.     Because Plaintiffs have failed to specifically identify or attach the alleged "form lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "form lease" contained in Paragraph 44 of Plaintiffs' Complaint; these allegations therefore stand denied. The First Data Defendants deny the remaining allegations contained in Paragraph 44 of Plaintiffs' Complaint.

45.     Because Plaintiffs have failed to specifically identify or attach the alleged "form lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "form lease" contained in Paragraph 45 of Plaintiffs' Complaint; these allegations therefore stand denied. The First Data Defendants deny the remaining allegations contained in Paragraph 45 of Plaintiffs' Complaint.

46.     Because Plaintiffs have failed to specifically identify or attach the alleged "lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "lease" contained in Paragraph 46 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 46 of Plaintiffs' Complaint.

47.     Because Plaintiffs have failed to specifically identify or attach the alleged "lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "lease" contained in Paragraph 47 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 47 of Plaintiffs' Complaint.

48.     The First Data Defendants deny the allegations cast against them in Paragraph 48 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations against the other Defendants contained in Paragraph 48 of Plaintiffs' Complaint; these allegations therefore stand denied

49.     The First Data Defendants deny the allegations contained in Paragraph 49 of Plaintiffs' Complaint.

50.     Because Plaintiffs have failed to specifically identify or attach the alleged "lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "lease" contained in Paragraph 50 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 50 of Plaintiffs' Complaint.

51.     Because Plaintiffs have failed to specifically identify or attach the alleged "lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the

truth of the allegations about the purported terms of the "lease" contained in Paragraph 51 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 51 of Plaintiffs' Complaint.

52.     Because Plaintiffs have failed to specifically identify or attach the alleged "lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "lease" contained in Paragraph 52 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 52 of Plaintiffs' Complaint.

53.     Because Plaintiffs have failed to specifically identify or attach the alleged "lease", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the "lease" contained in Paragraph 53 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 53 of Plaintiffs' Complaint.

54.     Because Plaintiffs have failed to specifically identify or attach the alleged contract, the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the alleged contract contained in Paragraph 54 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 54 of Plaintiffs' Complaint.

55.     Because Plaintiffs have failed to specifically identify or attach the alleged "processing summaries", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of these "processing summaries" contained in Paragraph 55 of Plaintiffs' Complaint; these allegations therefore stand

denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 55 of Plaintiffs' Complaint.

56.    The First Data Defendants deny the allegations contained in Paragraph 56 of Plaintiffs' Complaint.

57.    The First Data Defendants deny the allegations contained in Paragraph 57 of Plaintiffs' Complaint.

58.    The First Data Defendants deny the allegations contained in Paragraph 58 of Plaintiffs' Complaint.

59.    The First Data Defendants deny the allegations contained in Paragraph 59 of Plaintiffs' Complaint.

60.    The First Data Defendants deny the allegations contained in Paragraph 60 of Plaintiffs' Complaint.

61.    The First Data Defendants deny the allegations contained in Paragraph 61 of Plaintiffs' Complaint.

62.    The First Data Defendants deny the allegations contained in Paragraph 62 of Plaintiffs' Complaint.

63.    The First Data Defendants deny the allegations contained in Paragraph 63 of Plaintiffs' Complaint.

64.    The First Data Defendants deny the allegations contained in Paragraph 64 of Plaintiffs' Complaint.

65.    The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of Plaintiffs' Complaint; these allegations therefore stand denied.

66.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of Plaintiffs' Complaint; these allegations therefore stand denied.

67.     Because Plaintiffs have failed to specifically identify or attach the alleged "Merchant Processing Application and Agreement", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 67 of Plaintiffs' Complaint.

68.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of Plaintiffs' Complaint; these allegations therefore stand denied.

69.     The First Data Defendants deny the allegations cast against them in Paragraph 69 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 69 of Plaintiffs' Complaint; these allegations therefore stand denied.

70.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of Plaintiffs' Complaint; these allegations therefore stand denied.

71.     The First Data Defendants deny the allegations cast against them in Paragraph 71 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 71 of Plaintiffs' Complaint; these allegations therefore stand denied.

55441184.2

72.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of Plaintiffs' Complaint; these allegations therefore stand denied.

73.     The First Data Defendants deny the allegations cast against them in Paragraph 73 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 73 of Plaintiffs' Complaint; these allegations therefore stand denied.

74.     The First Data Defendants deny the allegations cast against them in Paragraph 74 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 74 of Plaintiffs' Complaint; these allegations therefore stand denied.

75.     The First Data Defendants deny the allegations cast against them in Paragraph 75 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 75 of Plaintiffs' Complaint; these allegations therefore stand denied.

76.     The First Data Defendants deny the allegations cast against them in Paragraph 76 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 76 of Plaintiffs' Complaint; these allegations therefore stand denied.

77.     The First Data Defendants deny the allegations contained in Paragraph 77 of Plaintiffs' Complaint.

78.     The First Data Defendants deny the allegations cast against them in Paragraph 78 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 78 of Plaintiffs' Complaint; these allegations therefore stand denied.

79.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of Plaintiffs' Complaint; these allegations therefore stand denied.

80.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of Plaintiffs' Complaint; these allegations therefore stand denied.

81.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of Plaintiffs' Complaint; these allegations therefore stand denied.

82.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of Plaintiffs' Complaint; these allegations therefore stand denied.

83.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of Plaintiffs' Complaint; these allegations therefore stand denied.

84.     Because Plaintiffs have failed to specifically identify or attach the alleged "Merchant Processing Application and Agreement", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 84 of Plaintiffs' Complaint.

85.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of Plaintiffs' Complaint; these allegations therefore stand denied.

86.     The First Data Defendants deny the allegations cast against them in Paragraph 86 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 86 of Plaintiffs' Complaint; these allegations therefore stand denied.

87.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of Plaintiffs' Complaint; these allegations therefore stand denied.

88.     The First Data Defendants deny the allegations cast against them in Paragraph 88 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 88 of Plaintiffs' Complaint; these allegations therefore stand denied.

89.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 of Plaintiffs' Complaint; these allegations therefore stand denied.

90.     The First Data Defendants deny the allegations cast against them in Paragraph 90 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 90 of Plaintiffs' Complaint; these allegations therefore stand denied.

91.     The First Data Defendants deny the allegations cast against them in Paragraph 91 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 91 of Plaintiffs' Complaint; these allegations therefore stand denied.

92.     The First Data Defendants deny the allegations cast against them in Paragraph 92 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 92 of Plaintiffs' Complaint; these allegations therefore stand denied.

93.     The First Data Defendants deny the allegations cast against them in Paragraph 93 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 93 of Plaintiffs' Complaint; these allegations therefore stand denied.

94.     The First Data Defendants deny the allegations cast against them in Paragraph 94 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 94 of Plaintiffs' Complaint; these allegations therefore stand denied

95.     The First Data Defendants deny the allegations contained in Paragraph 95 of Plaintiffs' Complaint.

96.     The First Data Defendants deny the allegations cast against them in Paragraph 96 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 96 of Plaintiffs' Complaint; these allegations therefore stand denied.

97.     The First Data Defendants deny the allegations cast against them in Paragraph 97 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 97 of Plaintiffs' Complaint; these allegations therefore stand denied.

98.     The First Data Defendants deny the allegations contained in Paragraph 98 of Plaintiffs' Complaint.

99.     The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of Plaintiffs' Complaint; these allegations therefore stand denied.

100.    The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of Plaintiffs' Complaint; these allegations therefore stand denied.

101.    The First Data Defendants deny the allegations contained in Paragraph 101 of Plaintiffs' Complaint.

102.    The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of Plaintiffs' Complaint; these allegations therefore stand denied.

103.    The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of Plaintiffs' Complaint; these allegations therefore stand denied.

104.    Because Plaintiffs have failed to specifically identify or attach the alleged "Merchant Processing Application and Agreement", the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 104 of Plaintiffs' Complaint.

105.    The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 of Plaintiffs' Complaint; these allegations therefore stand denied.

106.    The First Data Defendants deny the allegations cast against them in Paragraph 106 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 106 of Plaintiffs' Complaint; these allegations therefore stand denied.

107.    The First Data Defendants deny the allegations cast against them in Paragraph 107 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 107 of Plaintiffs' Complaint; these allegations therefore stand denied.

108.    The First Data Defendants deny the allegations cast against them in Paragraph 108 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 108 of Plaintiffs' Complaint; these allegations therefore stand denied.

109.    The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of Plaintiffs' Complaint; these allegations therefore stand denied.

110.    The First Data Defendants deny the allegations cast against them in Paragraph 110 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 110 of Plaintiffs' Complaint; these allegations therefore stand denied.

111.   The First Data Defendants deny the allegations cast against them in Paragraph 111 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 111 of Plaintiffs' Complaint; these allegations therefore stand denied.

112.   The First Data Defendants deny the allegations cast against them in Paragraph 112 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 112 of Plaintiffs' Complaint; these allegations therefore stand denied.

113.   The First Data Defendants deny the allegations cast against them in Paragraph 113 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 113 of Plaintiffs' Complaint; these allegations therefore stand denied.

114.   The First Data Defendants deny the allegations cast against them in Paragraph 114 of Plaintiffs' Complaint.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 114 of Plaintiffs' Complaint; these allegations therefore stand denied.

115.   The First Data Defendants deny the allegations contained in Paragraph 115 of Plaintiffs' Complaint.

116.   The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 of Plaintiffs' Complaint; these allegations therefore stand denied.

55441184.2

117.    Paragraph 117 of Plaintiffs' Complaint contains statements to which no response is required; to the extent a response is required, the First Data Defendants deny the allegations contained in Paragraph 117 of Plaintiffs' Complaint.

118.    The First Data Defendants deny the allegations contained in Paragraph 118 of Plaintiffs' Complaint.

119.    The First Data Defendants deny the allegations contained in Paragraph 119 of Plaintiffs' Complaint.

120.    The First Data Defendants deny the allegations contained in Paragraph 120 of Plaintiffs' Complaint, including all subparts.

121.    The First Data Defendants deny the allegations contained in Paragraph 121 of Plaintiffs' Complaint.

122.    The First Data Defendants deny the allegations contained in Paragraph 122 of Plaintiffs' Complaint.

123.    The First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 of Plaintiffs' Complaint; these allegations therefore stand denied.

124.    The First Data Defendants deny the allegations contained in Paragraph 124 of Plaintiffs' Complaint.

125.    The First Data Defendants deny the allegations contained in Paragraph 125 of Plaintiffs' Complaint, including all subparts.

126.    The First Data Defendants incorporate, as if set forth fully herein, their answers and defenses to the previous paragraphs.

55441184.2

127.    The First Data Defendants deny the allegations contained in Paragraph 127 of Plaintiffs' Complaint.

128.    Because Plaintiffs have failed to specifically identify or attach the alleged contract, the First Data Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations about the purported terms of the alleged contract contained in Paragraph 128 of Plaintiffs' Complaint; these allegations therefore stand denied.  The First Data Defendants deny the remaining allegations contained in Paragraph 128 of Plaintiffs' Complaint.

129.    The First Data Defendants deny the allegations contained in Paragraph 129 of Plaintiffs' Complaint.

130.    The First Data Defendants deny the allegations contained in Paragraph 130 of Plaintiffs' Complaint, including the allegations in the unnumbered paragraph immediately following Paragraph 130 of Plaintiffs' Complaint.

131.    The First Data Defendants deny the allegations contained in Paragraph 131 of Plaintiffs' Complaint.

132.    The First Data Defendants incorporate, as if set forth fully herein, their answers and defenses to the previous paragraphs.

133.    Paragraph 133 of Plaintiffs' Complaint contains legal conclusions to which no response is required.  To the extent a response is required, the First Data Defendants deny the allegations contained in Paragraph 133 of Plaintiffs' Complaint.

134.    The First Data Defendants deny the allegations contained in Paragraph 134 of Plaintiffs' Complaint.

135.    The First Data Defendants deny the allegations contained in Paragraph 135 of Plaintiffs' Complaint.

136.    The First Data Defendants deny the allegations contained in Paragraph 136 of Plaintiffs' Complaint.

137.    The First Data Defendants deny the allegations contained in Paragraph 137 of Plaintiffs' Complaint.

138.    The First Data Defendants deny the allegations contained in Paragraph 138 of Plaintiffs' Complaint.

139.    The First Data Defendants deny the allegations contained in Paragraph 139 of Plaintiffs' Complaint.

140.    The First Data Defendants deny the allegations contained in Paragraph 140 of Plaintiffs' Complaint.

141.    The First Data Defendants deny the allegations contained in Paragraph 141 of Plaintiffs' Complaint.

142.    The First Data Defendants incorporate, as if set forth fully herein, their answers and defenses to the previous paragraphs.

143.    The First Data Defendants deny the allegations contained in Paragraph 143 of Plaintiffs' Complaint.

144.    The First Data Defendants deny the allegations contained in Paragraph 144 of Plaintiffs' Complaint.

145.    The First Data Defendants deny the allegations contained in Paragraph 145 of Plaintiffs' Complaint.

146.    The First Data Defendants deny the allegations contained in Paragraph 146 of Plaintiffs' Complaint.

55441184.2

147.   The First Data Defendants deny the allegations contained in Paragraph 147 of Plaintiffs' Complaint.

148.   The First Data Defendants deny the allegations contained in Paragraph 148 of Plaintiffs' Complaint.

149.   The First Data Defendants deny the allegations contained in Paragraph 149 of Plaintiffs' Complaint.

150.   The First Data Defendants deny the allegations contained in Paragraph 150 of Plaintiffs' Complaint.

151.   The First Data Defendants incorporate, as if set forth fully herein, their answers and defenses to the previous paragraphs.

152.   The First Data Defendants deny the allegations contained in Paragraph 152 of Plaintiffs' Complaint.

153.   The First Data Defendants deny the allegations contained in Paragraph 153 of Plaintiffs' Complaint.

154.   The First Data Defendants incorporate, as if set forth fully herein, their answers and defenses to the previous paragraphs.

155.   The First Data Defendants deny the allegations contained in Paragraph 155 of Plaintiffs' Complaint.

156.   The First Data Defendants deny the allegations contained in Paragraph 156 of Plaintiffs' Complaint.

157.   Paragraph 157 of Plaintiffs' Complaint does not appear to assert any allegation against the First Data Defendants.  To the extent Paragraph 157 of Plaintiffs' Complaint asserts any allegation against the First Data Defendants, the First Data Defendants deny such allegations.

158.    The First Data Defendants deny the allegations contained in Paragraph 158 of Plaintiffs' Complaint.

159.    The First Data Defendants deny the allegations contained in Paragraph 159 of Plaintiffs' Complaint.

160.    The First Data Defendants deny the allegations contained in Paragraph 160 of Plaintiffs' Complaint.

161.    The First Data Defendants deny the allegations contained in Paragraph 161 of Plaintiffs' Complaint.

162.    The First Data Defendants deny the allegations contained in Paragraph 162 of Plaintiffs' Complaint.

163.    The First Data Defendants deny the allegations contained in Paragraph 163 of Plaintiffs' Complaint.

164.    The First Data Defendants deny the allegations contained in Paragraph 164 of Plaintiffs' Complaint.

165.    The First Data Defendants deny the allegations contained in Paragraph 165 of Plaintiffs' Complaint.

166.    The First Data Defendants deny the allegations contained in Paragraph 166 of Plaintiffs' Complaint.

167.    The First Data Defendants deny the allegations contained in Paragraph 167 of Plaintiffs' Complaint.

## **PRAYER FOR RELIEF**

The First Data Defendants deny all allegations contained in the "Prayer for Relief", including all subparts, and deny that Plaintiffs are entitled to any of the relief they seek.

## GENERAL DENIAL

The First Data Defendants deny each and every allegation and/or statement contained in Plaintiffs' Complaint not expressly admitted herein.

## FIRST DEFENSE

Venue as to the First Data Defendants is improper.

## SECOND DEFENSE

Plaintiffs have failed to state a claim against the First Data Defendants upon which relief can be granted.

## THIRD DEFENSE

Plaintiffs' claims against the First Data Defendants are or may be governed by New York law.

## FOURTH DEFENSE

Plaintiffs have suffered no damages and/or have failed to mitigate their purported damages.

## FIFTH DEFENSE

Plaintiffs' claims are or may be barred by the doctrines of offset, waiver, and/or estoppel.

## SIXTH DEFENSE

Plaintiffs' claims are or may be barred by the terms of any contract, and all documents and agreements incorporated by reference therein, between any Plaintiff and any of the First Data Defendants.

## SEVENTH DEFENSE

Plaintiffs breached or may have breached materially the contract(s) pursuant to which Plaintiffs seek relief and are therefore barred from recovery

24

**EIGHTH DEFENSE**

Plaintiffs' claims are or may be barred by the applicable statute(s) of limitation.

**NINTH DEFENSE**

Plaintiffs' claims are or may be barred by the doctrine of laches.

**TENTH DEFENSE**

Plaintiffs' claims are or may be barred by the Statute of Frauds.

**ELEVENTH DEFENSE**

Plaintiffs' damages, if any, were caused by their own actions or inactions.

**TWELFTH DEFENSE**

Plaintiffs' damages, if any, were caused by persons or entities other than the First Data Defendants.

**THIRTEENTH DEFENSE**

Plaintiffs are not entitled to recover attorneys' fees in this lawsuit.

**FOURTEENTH DEFENSE**

The named Plaintiffs have interests that conflict with those of the putative class.

**FIFTEENTH DEFENSE**

The named Plaintiffs lack standing to assert some or all of their purported claims against the First Data Defendants and to represent any putative class with regard to those purported claims.

**SIXTEENTH DEFENSE**

Class certification is not appropriate because the alleged class members are not so numerous that separate joinder of each member would be impracticable.

25

## SEVENTEENTH DEFENSE

Class certification is not appropriate because the named Plaintiffs' purported claims do not raise questions of law or fact which are common to the purported claims of each of the putative class.

## EIGHTEENTH DEFENSE

Class certification is not appropriate because the named Plaintiffs' purported claims are not typical of the purported claims of each member of the putative class.

## NINETEENTH DEFENSE

The named Plaintiffs cannot maintain this action as a class action because the named Plaintiffs cannot fairly and adequately protect and represent the interests of each member of the putative class.

## TWENTIETH DEFENSE

Class certification is not appropriate because Plaintiffs cannot demonstrate that a class action is superior to other available means for adjudicating the purported claims in this lawsuit.

## TWENTY-FIRST DEFENSE

Class certification is not appropriate because each member of the putative class has an interest in individually controlling the prosecution of separate claims or defenses.

## TWENTY-SECOND DEFENSE

Class certification is not appropriate because Plaintiffs have not satisfied the pleading requirements of Federal Rule of Civil Procedure 23.

## TWENTY-THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, because at all times the First Data Defendants acted lawfully.

## TWENTY-FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because at all times the First Data Defendants did not engage in unfair or deceptive acts or practices in the conduct of any business, trade, or commerce.

## TWENTY-FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because at all time the First Data Defendants did not engage in unfair or deceptive acts or practices in the furnishing of any service in the States of Louisiana, New York, or any other state.

## TWENTY-SIXTH DEFENSE

Plaintiffs have failed to assert their fraud claim(s) with particularity.

## TWENTY-SEVENTH DEFENSE

First Data Global Leasing and Global Leasing Company are separate, unrelated entities, and therefore Plaintiffs' allegation that First Data Global Leasing is "also known as" or "does business as" "Global Leasing Company" is not accurate.  Moreover, First Data Global Leasing is not a separate incorporated entity but rather is a division of First Data Merchant Services LLC.

## TWENTY-EIGHTH DEFENSE

Plaintiffs may not pursue some or all of their claims as a class action because they affirmatively, by contract or otherwise, waived the right to pursue to those claims as a class action and/or because the statutes and/or common law pursuant to which Plaintiffs bring their claims prohibit Plaintiffs from pursuing those claims as a class action.

## TWENTY-NINTH DEFENSE

None of Plaintiffs' statutory claims have validity because New York law applies, if any such claim exists at all.

55441184.2

## THIRTIETH DEFENSE

Plaintiffs' breach-of-contract claims are or should be barred for the failure to attach to the Complaint the contracts allegedly breached.

## THIRTY-FIRST DEFENSE

Plaintiffs have alleged the existence of a contract covering the same or similar subject matter, and therefore Plaintiffs' unjust enrichment is or should be barred.

## THIRTY-SECOND DEFENSE

Plaintiffs' fraud and misrepresentation claim is barred by the economic loss rule.

## THIRTY-THIRD DEFENSE

Plaintiffs' fraud and misrepresentation claim is barred because any applicable merger clause prohibits reliance on any alleged misrepresentation or omission outside the applicable contract.

## THIRTY-FOURTH DEFENSE

The First Data Defendants did not breach any duty owed to any Plaintiff.

## THIRTY-FIFTH DEFENSE

The First Data Defendants reserve the right to amend and/or supplement their affirmative defenses.

## II.    CROSS-CLAIM AGAINST PAYMENT SYSTEMS, INC.

1.    On or about October 30, 2007, Defendant Payment Systems entered into a "Preferred Card Processing Agreement" with Paymentech, LLC.

2.    On or about May 23, 2008, Paymentech, LLC assigned its interest in the Preferred Card Processing Agreement to First Data Services Inc. ("FDS"), which at the time of the assignment was a subsidiary of First Data Corporation ("FDC").  On or about June 26, 2009, FDS assigned

the Preferred Card Processing Agreement to FDS Holdings, Inc., another subsidiary of First Data Corporation ("FDC").

3.      By further amendment, on or before August 10, 2012, FDMS became a party to the Preferred Card Processing Agreement.

4.      Pursuant to the terms of the Preferred Card Processing Agreement as amended and assigned, Payment Systems agreed to "indemnify, defend and hold harmless" the First Data Defendants "from and against any claim, demand, loss, financial or otherwise, damage, liability or cost, including legal fees and expenses, caused by or from . . . any breach of [Payment Systems]' representations and warranties or default of this Agreement by [Payment Systems] or its affiliates or sales representatives [and/or] any negligent or wrongful act of [Payment Systems] or its affiliates, employees or agents including without limitation negligent performance or failure to perform the obligations hereunder[.]"

5.      Payment Systems agreed to "comply with all Rules and Operating Instructions relating to the marketing of the Services" and to "remain in compliance with all applicable statutes, regulations, rules, and orders of the United States of America, any state or municipality therein, and with the Rules with respect to the conduct of its business and each aspect of its performance of the terms of the Agreement", and that "[a]ll of [Payment Systems] sales and service representatives shall comply with all Rules and applicable laws", among other representations and warranties.[1]

6.      Plaintiffs' Amended Class Action Complaint asserts claims against the First Data Defendants for multiple negligent and/or wrongful acts by Payment Systems (or affiliates, sales

---

[1] "Rules" are defined as "the bylaws, rules, regulations and procedures promulgated by MasterCard and Visa, and any bylaws, rules, regulations and procedures imposed by any other approved Card licensor"; "Operating Instructions" are defined as "instructions given . . . to [Payment Systems, Inc.] from time to time regarding operational matters pertaining to Services."

representatives, employees and/or agents thereof) and/or breaches of Payment Systems' representations and/or warranties by Payment Systems (and/or affiliates, sales representatives, employees and/or agents thereof), including claims of fraud, misrepresentation, forgery, deceptive and/or unfair trade practices, improper charging and/or collecting of fees, and/or adding pages to and/or changing terms of contracts, among other claims.  (*See* Pls.' Am. Compl. *generally*.)

7.      Should any First Data Defendant be found liable to Plaintiffs for any loss, damage, liability, or cost, Payment Systems must indemnify and hold harmless that First Data Defendant for any such loss damage, liability or cost.

8.      Payment Systems is further obligated to indemnify the First Data Defendants for the legal fees and expenses incurred in defending this lawsuit and prosecuting this cross-claim.

### III.      CROSS-CLAIM AGAINST NORTHERN LEASING SYSTEMS, INC. & LEASE FINANCE GROUP, LLC

1.      Plaintiffs' Amended Class Action Complaint asserts claims of breach of contract, violation of the Louisiana Unfair Trade Practices and Consumer Protection Law, violation of the Consumer Leasing Act, unjust enrichment, and fraud and misrepresentation against all Defendants.

2.      The First Data Defendants have denied Plaintiffs suffered any loss, damage, liability, or cost, and have further denied any liability to Plaintiffs in the event of any such loss, damage, liability, or cost.

3.      Notwithstanding the foregoing allegation, to the extent any loss, damage, liability, or cost is found to have occurred to Plaintiffs, and to the further extent any of the First Data Defendants are found liable to any Plaintiff, the actions and/or inactions (as alleged in the Complaint) of

Defendants Northern Leasing Systems, Inc. and Lease Finance Group, LLC will be the direct and proximate cause of any such loss, damage, liability, or cost.

4.      Should any First Data Defendant be found liable to Plaintiffs for any loss, damage, liability, or cost, Defendants Northern Leasing Systems, Inc. and Lease Finance Group, LLC must indemnify and hold harmless that First Data Defendant for any such loss damage, liability or cost, including the legal fees and expenses incurred in defending this lawsuit and prosecuting this cross-claim.

WHEREFORE, the First Data Defendants respectfully request that Plaintiffs' claims be denied in their entirety, that the Court enter judgment in favor of the First Data Defendants on their Cross-Claim, and that the First Data Defendants be awarded their costs and attorneys' fees and any other relief as the Court finds appropriate.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Christopher K. Ralston*
          Christopher K. Ralston, (Bar #26706)
          Jeremy T. Grabill, (Bar #34924)
          Canal Place | 365 Canal Street, Suite 2000
          New Orleans, Louisiana 70130-6534
          Telephone: 504-566-1311
          Telecopier: 504-568-9130
          Email: ralstonc@phelps.com
                  jeremy.grabill@phelps.com

**ATTORNEYS FOR DEFENDANTS FIRST DATA GLOBAL LEASING, FIRST DATA MERCHANT SERVICES, LLC, AND FIRST DATA CORPORATION**

55441184.2

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on January 13, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Christopher K. Ralston*⠀⠀⠀⠀⠀⠀⠀⠀
